UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  July 26, 2018							Judge:  Hon. James Donato

Time:  15 Minutes

Case No.	**C-18-02840-JD**
Case Name	**Smith v. The Men's Wearhouse, Inc. et al**

Attorney(s) for Plaintiff(s):	L Timothy Fisher/David Hall/Yeremey Krivoshey
Attorney(s) for Defendant(s):	Chuck Steese/Ijay Palanskuy

Deputy Clerk:  Lisa Clark
Court Reporter: Kathy Sullivan

PROCEEDINGS

Motion to Dismiss - Held

NOTES AND ORDERS

The motion to dismiss, Dkt. No. 13, is denied.  By **August 9, 2018**, the parties will jointly submit a proposed schedule for expedited summary judgment on the Section 1671(d) issue.  Defendant reserves its right to file counterclaims.  The case management conference set for August 16, 2018 is vacated.